IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALONZO P. NEWSOME,

    Plaintiff,

vs.                                          Case No. 4:08cv62-RH/WCS

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

The parties have filed a joint notice of voluntary dismissal with prejudice. Doc. 51. Accordingly, it is **RECOMMENDED** that the stipulation of dismissal with prejudice, filed pursuant to FED. R. CIV. P. 41(a)(ii), doc. 51, be **ACCEPTED** and the complaint be dismissed with prejudice.

**IN CHAMBERS** at Tallahassee, Florida, on February 4, 2009.

        s/     William C. Sherrill, Jr.
        **WILLIAM C. SHERRILL, JR.**
        **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.