IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALONZO P. NEWSOME,

    Plaintiff,

v.                                     CASE NO. 4:08cv62-RH/WCS

FLORIDA DEPARTMENT OF CORRECTIONS,
et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation (document 53). No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The stipulation of dismissal with prejudice (document 51) is accepted. The clerk must enter judgment stating, "The complaint is DISMISSED

*Page 2 of 2*

with prejudice under Federal Rule of Civil Procedure 41(a)." The clerk must close the file.

      SO ORDERED on February 23, 2009.

                                            <u>s/Robert L. Hinkle</u>
                                            Chief United States District Judge